**EXHIBIT A**

NCDENR

North Carolina Department of Environment and Natural Resources

Michael F. Easley, Governor

William G. Ross Jr., Secretary

Division of Waste Management
Dexter R. Matthews, Director

June 12, 2007

**CERTIFIED MAIL**
**Return Receipt Requested**
**# 7001 2510 0003 8088 7974**

C. William Brewer, Director of Development
Picerne Military Housing
P.O. Box 91929
Fort Bragg, North Carolina 28307-3929

Subject: **Notice of Violation**
Cumberland County, North Carolina
IS260701
Non-facility

Dear Mr. Brewer:

Pursuant to North Carolina General Statutes 130A-22(a) and to 15A North Carolina Administrative Code 13B, you are hereby informed that you are operating a non-conforming solid waste disposal site/open dump on property located at Holland Gate Way and Virginia Place on Fort Bragg in Cumberland County, North Carolina.

On May 25, 2007, I inspected a non-conforming solid waste disposal site located at Fort Bragg, North Carolina. The inspection revealed construction and demolition debris consisting of painted wood, concrete, metal piping and white goods. Digital photographs were taken and provided during the visit of the site. The open dumping of solid waste on your property constitutes a violation of the North Carolina Solid Waste Management Rules, codified at 15A NC Administrative Code 13B; specifically:

**15A N.C. Administrative Code 13B .0105(a) states that "The Solid Waste Collector shall be responsible for the satisfactory collection and transportation of all solid waste to a permitted site or facility."**

**You are in violation of Section 13B .0105 (a) in that waste was transported to a site that is not permitted to receive solid waste and was buried.**

Based on the foregoing, discontinue all dumping operations and within 30 days of receipt of this notice comply with 15A NCAC 13B .0502 Open Dumps by taking the following actions. Remove and properly dispose of the waste that is on your property. Ensure that all waste is removed from the site and transported to a facility permitted to accept the waste. **Do not burn or bury any of the waste. In addition, documentation that will indicate the waste has been properly disposed of will be required to resolve this Notice of Violation. Please mail receipts to the Division of Waste Management, Dennis E. Shackelford, 225 Green Street, Suite 714, Fayetteville, NC 28301.**

Pursuant to N.C.G.S. 130A-22(a) and 15A N.C.A.C. 13B .0701 - .0707, an administrative penalty of up to **$5001.00 per day** may be assessed for each violation of the Solid Waste Management Laws and Regulations. If this violation is corrected within the time period specified for compliance, no additional further legal action will be pursued.

The Department strongly recommends that if other violations have occurred on Fort Bragg or other properties in North Carolina, now is the time to be forthcoming with this information and disclose all knowledge of such activities.

We solicit your cooperation and would like to avoid taking additional further enforcement actions. At the same time, it is your responsibility to comply with the requirements of the North Carolina Administrative Code. If you have any questions regarding this matter, please feel free to contact me at (910)-433-3349.

Sincerely,

Dennis E. Shackelford
Eastern District Supervisor
Solid Waste Section

Cc: **Mark Poindexter, Field Operations Branch Head**
**Linda Culpepper, Deputy Director**

**Department of the Army**
Public Works Business Center
AFZA-PW, Col. Gregory G. Bean
HQ, Fort Bragg Garrison Command (ABN)
Installation Management Agency
Fort Bragg, NC 28310

**Palm Beach Grading, Inc**
1250 Gateway Road
Lake Park, Florida 33403

**PBG of North Carolina**
1006 N Bragg Boulevard
Suite B-177
Spring Lake, North Carolina 28390

**Picerne Military Housing**
6946 Post Road
Suite 300
North Kingstown, RI 02852