IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PICERNE MILITARY HOUSING, LLC,<br>BRAGG-PICERNE PARTNERS, LLC<br>AND PICERNE CONSTRUCTION/FBG, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY<br>LINES INSURANCE COMPANY,<br><br>Defendant. | ) | C.A. No.: 08-273 ML |

**RULE 7.1(a) DISCLOSURE STATEMENT**
**OF**
**PICERNE CONSTRUCTION FBG/ LLC**

Picerne Construction FBG/LLC does not have any parent corporation but does have Picerne Military Housing, LLC as a member, and does not have any publicly-held corporation as a member with an ownership interest of 10% or more.

PLAINTIFF,
PICERNE CONSTRUCTION FBG/LLC

By its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 331-5700
Fax: (401) 331-5787

Date: July 22, 2008

G:\pec\Picerne v. AIG\Picerne Const Rule 7 Stmt.doc