IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| PICERNE MILITARY HOUSING, LLC, BRAGG-PICERNE PARTNERS, LLC AND PICERNE CONSTRUCTION/FBG, LLC, | ) | |
| Plaintiffs, | ) | C.A. No.: 08-273 ML |
| v. | ) | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**RULE 7.1(a) DISCLOSURE STATEMENT**
**OF**
**PICERNE MILITARY HOUSING, LLC**

Picerne Military Housing, LLC does not have any parent corporation but does have Housing Privatization Partners, LLC as a member, and does not have any publicly-held corporation as a member with an ownership interest of 10% or more.

PLAINTIFF,
PICERNE MILITARY HOUSING, LLC

By its Attorneys,

/s/ Bruce W. Gladstone

Bruce W. Gladstone (#2643)
bgladstone@cm-law.com
CAMERON & MITTLEMAN LLP
56 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 331-5700
Fax: (401) 331-5787

Date: July 22, 2008

G:\pec\Picerne v. AIG\Picerne MH Rule 7 Stmt.doc