UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

PICERNE MILITARY HOUSING, LLC.,
Et als

vs. CA 08-273ML

AMERICAN INTERNATION SPECIALTY
LINES INSURANCE COMPANY

ORDER

I hereby recuse myself from participation in the above-referenced matter.

BY ORDER:

Mary M. Lisi
Mary M. Lisi
Chief U.S. District Judge
July 31, 2008

Entered as an Order of this Court on July 31, 2008.

Barbara Barletta
Deputy Clerk