UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PICERNE MILITARY HOUSING, LLC,
BRAGG-PICERNE PARTNERS, LLC and
PICERNE CONTRUCTION/FBG, LLC
Plaintiffs

v.

AMERICAN INTERNATIONAL SPECIALITY LINES INSURANCE COMPANY
Defendant.

CA 08-273

## ENTRY OF APPEARANCE

We, Robert C. Shindell and Melissa A. Malone, hereby enter our appearance on behalf of the defendant, American International Specialty Lines Insurance Company.

Robert C. Shindell (MAM)
Robert C. Shindell
R.I. Bar No. 5269

Melissa A. Malone
Melissa A. Malone
R.I. Bar No. 7313

Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903
401.273.7171
401.273.2904 – Fax