(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Picerne Military Housing, LLC, et al.
Plaintiff(s)

v. American International Speciality Lines Insurance Company
Defendant(s)

Dkt. No. CA 08-273

## MOTION FOR ADMISSION PRO HAC VICE

Plaintiff/Defendant American International Speciality Lines Insurance Company hereby moves that Jonathan L. Kranz be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Jonathan L. Kranz
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Robert C. Shindell (MAM)
Signature of Local Counsel

Robert C. Shindell
Print Name
Taylor Duane Barton & Gilman, LLP
Firm and Business Address
10 Dorrance Street, Suite 700
Providence, RI 02903

RI Bar ID # 5269
Email: rshindell@taylorduane.com
Tel. # (401) 273-7171
Fax # (401) 273-2904

---

## ORDER

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date