(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Picerne Military Housing, LLC, et al.
Plaintiff(s)

v. American International Speciality Lines Insurance Company
Defendant(s)

Dkt. No. CA 08-273

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiff/Defendant American International Speciality Lines Insurance Company hereby moves that Neal M. Glazer be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Robert C. Shindell (MAM)
Signature of Local Counsel

Robert C. Shindell
Print Name

Taylor Duane Barton & Gilman, LLP
Firm and Business Address
10 Dorrance Street, Suite 700
Providence, RI 02903

RI Bar ID # 5269
Email: rshindell@taylorduane.com
Tel. # (401) 273-7171
Fax # (401) 273-2904

**ORDER**

This motion is hereby ______ GRANTED ______ DENIED

______________________
District Judge

______________________
Date