**FILED ELECTRONICALLY (ECF)**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PICERNE MIILTARY HOUSING, LLC, BRAGG-PICERNE PARTNERS, LLC AND PICERNE CONSTRUCTION/FBG, LLLC | C.A. No. 08-273 |
| Plaintiff | **STIPULATION** |
| - against - | Judge Ernest C. Torres |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, that defendant American International Specialty Lines Insurance Company's ("AISLIC") time to answer or otherwise respond to the Complaint is extended from August 13, 2008 to September 12, 2008.

The parties to this Stipulation agree that this Stipulation may be signed in counterpart and that facsimile signatures are acceptable.

Dated: August 13, 2008

The Plaintiffs,
Picerne Military Housing, LLC,
Bragg-Picernce Partners, LLC,
Picerne Construction/FBG, LLC,
by their Attorney,

Bruce W. Gladstone (MAM)

Bruce W. Gladstone, Esq.
RI Bar No. 2643
Cameron & Mittleman, LLP
56 Exchange Terrance
Providence, RI 02903
(401) 331-5700

The Defendant,
American International Specialty
Lines Insurance Company
by its Attorneys,

Melissa A. Malone

Robert Shindell, Esq.
RI Bar No. 5269
Attorney Melissa A. Malone
RI Bar No. 7313
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

#303901v1

Attorneys Pro Hac Vice for Plaintiffs,
Picerne Military Housing, LLC,
Bragg-Picernce Partners, LLC,
Picerne Construction/FBG, LLC

Charles L. Philbrick (MAM)

Charles L. Philbrick, Esq.
Trisha Rich
Holland & Knight, LLP
131 South Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 263-3600

Attorneys Pro Hac Vice for Defendant,
(admission pending)
American International Specialty
Lines Insurance Company

Neal M. Glazer (MAM)

Neal M. Glazer, Esq.
Jonathan L. Kranz, Esq.
D'Amato & Lynch, LLP
70 Pine Street
New York, NY 10270
(212)269-0927