AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

Picerne Military Housing, LLC, Bragg-Picerne Partners, LLC and Picerne Construction/FBG, LLC )
Plaintiff )
v. ) Civil Action No. CA 08 273
American International Specialty Lines Insurance Company )
Defendant )

**Summons in a Civil Action**

To: *(Defendant's name and address)*
American International Specialty Lines Insurance Company
175 Water Street, 12th Floor
New York, New York 10038

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Paulette J Duke
Chief Deputy Clerk
Name of clerk of court

Date: 7/22/08

Barbara Barletta
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on July 24, 2008, by:

(1) personally delivering a copy of each to the individual at this place, ____________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with ____________________ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is Corporation Service Company, 222 Jefferson Blvd, Warwick, RI; or

(4) returning the summons unexecuted to the court clerk on ____________________; or

(5) other *(specify)* ____________________.

My fees are $ NA for travel and $ NA for services, for a total of $ 0.00.

Date: August 8, 2008

Charles L. Philbrick
Server's signature

Charles L. Philbrick, Attorney
Printed name and title

~~20~~ 131 S. Dearborn St. Chicago, IL
Server's address