(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

Picerne Military Housing, LLC, Bragg-Picerne Partners, LLC and Picerne Construction FBG/LLC
Plaintiffs

v.

C.A. No. 08-273

American International Specialty Lines Insurance Company
Defendant

**MOTION FOR ADMISSION PRO HAC VICE**

Plaintiffs, Picerne Military Housing, LLC, Bragg-Picerne Partners, LLC and Picerne Construction FBG/LLC hereby move that **Charles L. Philbrick** be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Bruce W. Gladstone
Print Name

RI Bar ID No. 2643

Cameron & Mittleman LLP
56 Exchange Terrace, Providence, RI 02903

Email: bgladstone@cm-law.com

Tel. # 401-331-5700
Fax # 401-331-5787

---

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date