**FILED ELECTRONICALLY (ECF)**

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PICERNE MIILTARY HOUSING, LLC, BRAGG-PICERNE PARTNERS, LLC AND PICERNE CONSTRUCTION/FBG, LLC | C.A. No. 08-273 |
| Plaintiffs | **RULE 7.1 STATEMENT** |
| - against - | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY | |
| Defendant. | |

**DISCLOSURE STATEMENT OF DEFENDANT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendant American International Specialty Lines Insurance Company ("AISLIC"), by and through its undersigned counsel, certifies the following information with regard to its corporate parents, subsidiaries or affiliates.

American International Specialty Lines Insurance Company is owned seventy percent (70%) by National Union Fire Insurance Company of Pittsburgh, Pa., twenty percent ( 20%) by The Insurance Company of the State of Pennsylvania, and ten percent (10%) by AIG Casualty Company. Each of these corporations is a wholly-owned subsidiary of AIG Commercial Insurance Group, Inc. which is a wholly owned subsidiary of AIG Property Casualty Insurance Group, Inc. which is a wholly owned subsidiary of American International Group, Inc., which is a publicly-held company.

Dated: August 19, 2008

Respectfully submitted,

/s/ Melissa A. Malone

Robert C. Shindell
R.I. Bar No. 5269
rshindell@taylorduane.com
Melissa A. Malone
R.I. Bar No. 7313
mmalone@taylorduane.com
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance Street
Providence, RI 02903
401-273-7171
401-273-2904 (fax)

and

Neal M. Glazer (NG-8837)
NGlazer@damato-lynch.com
Jonathan L. Kranz (JK-7273)
JKranz@damato-lynch.com
*Pro Hac Vice (admissions pending)*
D'AMATO & LYNCH, LLP
70 Pine Street
New York, NY 10270
212.269.0927
212.269.3559 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on August 19, 2008, a copy of the foregoing RULE 7.1 STATEMENT was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Bruce W. Gladstone, Esq.
CAMERON & MITTLEMAN, LLP
56 Exchange Terrace
Providence, RI 02903
T: (401) 331-5700

/s/ Melissa A. Malone
Melissa A. Malone