**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

PICERNE MILITARY HOUSING, LLC,
ET AL.,
Plaintiffs

v.  CA08-273T

AMERICAN SPECIALTY LINES
INSURANCE COMPANY,
Defendant

### ORDER

The Plaintiffs' Motion for Partial Summary Judgment (document #18) is hereby DENIED WITHOUT PREJUDICE for failure to comply with the Court's Scheduling Order regarding Motions for Summary Judgment (Paragraph 7: *Prerequisites to Filing Motions for Summary Judgement.*)

Further, the Defendant's First Assented-to Motion to Extend Briefing Schedule on Plaintiffs' Motion for Partial Summary Judgment (document #34) is hereby PASSED AS MOOT.

By Order:

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres,
Senior U.S. District Judge
Date: 11/18, 2008